FILED

10/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0123

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 22-0123

_____

BRETT CAMEN,
     *Plaintiff and Appellant,*

v.

GLACIER EYE CLINIC, P.C. and KALISPELL REGIONAL MEDICAL CENTER, INC.,
     *Defendant and Appellees*

_____

**GRANT OF EXTENSION**

_____

Pursuant to Montana Rule of Appellate Procedure 26(1), and for good cause appearing, Appellees' Kalispell Regional Medical Center, Inc. and Glacier Eye Clinic, P.C.'s Motion to Extend the Deadline for Appellees' opening briefs is GRANTED. All Appellees' opening briefs shall be due November 21, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 17 2022